IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMESY K. DAVIS,

    Plaintiff,                  No. 2:09-cv-0320-JAM-JFM (PC)

    vs.

RUBEN MARTINEZ, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to executed waivers of service filed on April 30, 2009, defendants' response to plaintiff's complaint was due on May 18, 2009. On May 14, 2009, plaintiff filed a motion for an order to show cause regarding alleged non-response to the complaint. Plaintiff's motion is premature and will be denied. On the same day, plaintiff filed a motion for two subpoenas duces tecum. Plaintiff seeks subpoenas to obtain state court transcripts and a probation report from officials with the Solano County Superior Court, and documents related to a request for plaintiff's return submitted by an interstate compact supervisor in Arkansas. Plaintiff's motion for issuance of these subpoenas will be denied without prejudice to its renewal on a showing that he has submitted a request for the documents he seeks to the public officials from whom he seeks the documents and that his request has been refused.

On May 15, 2009, defendants filed a motion for an extension of time to file a response to the complaint. Plaintiff opposes the request. Good cause appearing, defendants' motion will be granted and their response to the complaint will be due on or before June 17, 2009.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's May 14, 2009 motion for an order to show cause is denied

2. Plaintiff's May 14, 2009 motion for issuance of subpoenas duces tecum is denied without prejudice;

3. Defendants' May 15, 2009 motion for an extension of time is granted; and

4. Defendants shall file and serve a response to plaintiff's complaint on or before June 17, 2009.

DATED: June 16, 2009.

/s/ John F. Moulds
UNITED STATES MAGISTRATE JUDGE

12
davi0320.36

2