IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMESY K. DAVIS,

        Plaintiff,                No. 2:09-cv-0320-JAM-JFM (PC)

    vs.

RUBEN MARTINEZ, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Several matters are pending before the court.

        On June 11, 2009, defendants requested a second extension of time, to and including July 17, 2009, to respond to plaintiff's complaint. On June 22, 2009, plaintiff filed an opposition to the request. On July 17, 2009, defendants filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6). Good cause appearing, defendants' June 11, 2009 request for extension of time will be granted nunc pro tunc and defendants' July 17, 2009 motion to dismiss will be deemed timely filed.

        On July 24, 2009, plaintiff filed a document styled "Motion for an Order to Show Cause for Non-Response to Plaintiff's Complaint." Defendants have responded to plaintiff's complaint. Plaintiff's motion will be denied.

On August 11, 2009, plaintiff filed a motion which the court construes as a request for a thirty day extension of time to respond to defendants' motion to dismiss. Good cause appearing, plaintiff's request will be granted and plaintiff will be granted thirty days from the date of this order to file and serve an opposition to defendants' motion.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants' June 11, 2009 request for an extension of time is granted nunc pro tunc;

2. Defendants' July 17, 2009 motion to dismiss is deemed timely filed;

3. Plaintiff's July 24, 2009 motion for an order to show cause (docket # 28) is denied;

4. Plaintiff's August 11, 2009 motion for an extension of time is granted;

5. Plaintiff is granted thirty days from the date of this order to file and serve an opposition to defendants' July 17, 2009 motion to dismiss; and

6. Defendants' reply, if any, shall be filed and served not later than seven days after plaintiff's opposition is filed.

DATED: December 1, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
davi0320.o